AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>ROGER C. COLEMAN<br><br>*Defendant* | ) Case No.  2:15-mj-591-GWF<br>)<br>) Charging District:        Eastern District of Virginia<br>) Charging District's<br>) Case No.                        1:15-cr-178-AJT |

*FILED ___ RECEIVED*
*___ ENTERED ___ SERVED ON*
*COUNSEL/PARTIES OF RECORD*

JUL 1 0 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - Eastern District of Virginia<br>401 Courthouse Square<br>Alexandria, VA 22314<br>Honorable Anthony J. Trenga, U.S. District Judge | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | July 31, 2015 at 9:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Jul 10, 2015

*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*