AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

_____ District of NEVADA _____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:15-mj-00608-VCF |
| ) | |
| CORETTA THAMES ) | Charging District:  Middle District of Georgia |
| ) | Charging District's Case No.  4:15-cr-21-CDL |
| Defendant ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Federal Courthouse and Post Office<br>120 12th St., 3rd Floor<br>Columbus, Georgia | Courtroom No.:  AS ORDERED |
| --- | --- | --- |
| | | Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   July 20, 2015

_____
Judge's signature

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

JUL 2 0 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY